United States Bankruptcy Court
District of Arizona

In re:                                                     Case No. 16-02870-MCW
MARIA CORAZON PARKER                                        Chapter 7
                    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2        User: dominguez        Page 1 of 2        Date Rcvd: Aug 09, 2016
                           Form ID: 318            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2016.
db           +MARIA CORAZON PARKER,   4329 W. POINSETTIA DR.,   GLENDALE, AZ 85304-3504
13990518     +Cbna,   Po Box 6189,  Sioux Falls SD 57117-6189
13990519     +Cbna,   Po Box 6283,  Sioux Falls SD 57117-6283
13990520     +Cbna,   50 Northwest Point Road,   Elk Grove Village IL 60007-1032
13990533     +Edfinancial Services L,   120 N Seven Oaks Dr,   Knoxville TN 37922-2359
13990537     +PASEO,   5205 W. THUNDERBIRD RD,   Glendale AZ 85306-4846
13990546     +Us Dep Ed,   Po Box 5609,   Greenville TX 75403-5609
13990548     +VERICHECK,   P.O. BOX 16270,   Phoenix AZ 85011-6270
13990550     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: AZDEPREV.COM Aug 10 2016 00:49:00     AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
13990515     +EDI: AZDEPREV.COM Aug 10 2016 00:49:00     ARIZONA DEPARTMENT OF REVENUE,
              1600 W MONROE STREET,   PHOENIX AZ 85007-2650
13990514     +EDI: AMEREXPR.COM Aug 10 2016 00:49:00     Amex,   Po Box 297871,
              Fort Lauderdale FL 33329-7871
13990516      EDI: BANKAMER.COM Aug 10 2016 00:49:00     Bk Of Amer,   Po Box 982238,   El Paso TX 79998
13990517      EDI: CAPITALONE.COM Aug 10 2016 00:49:00     Capital One Bank Usa N,   15000 Capital One Dr,
              Richmond VA 23238
13990529     +Fax: 602-659-2196 Aug 10 2016 01:18:26     CHEXSYSTEMS,   CONSUMER RELATIONS,
              7805 HUDSON RD. STE. 100,   Saint Paul MN 55125-1595
13990522     +EDI: CHASE.COM Aug 10 2016 00:49:00     Chase Card,   Po Box 15298,   Wilmington DE 19850-5298
13990530     +EDI: WFNNB.COM Aug 10 2016 00:49:00     Comenity Bank/Vctrssec,   Po Box 182789,
              Columbus OH 43218-2789
13990531     +E-mail/Text: CreditAssistanceBK@desertschools.org Aug 10 2016 00:51:54     Desert Schools Fcu,
              Po Box 2945,   Phoenix AZ 85062-2945
13990534     +EDI: IRS.COM Aug 10 2016 00:49:00     INTERNAL REVENUE SERVICES,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
13990535     +E-mail/Text: ebnstefano@weltman.com Aug 10 2016 00:51:03     Kay Jewelers,   375 Ghent Rd,
              Fairlawn OH 44333-4600
13990536     +EDI: CBSKOHLS.COM Aug 10 2016 00:48:00     Kohls/Capone,   N56 W 17000 Ridgewood Dr,
              Menomonee Falls WI 53051-7096
13990538      EDI: NEXTEL.COM Aug 10 2016 00:48:00     SPRINT,   PO BOX 54977,   Los Angeles CA 90054
13990539     +EDI: RMSC.COM Aug 10 2016 00:49:00     Syncb/Care Credit,   C/O Po Box 965036,
              Orlando FL 32896-0001
13990540     +EDI: RMSC.COM Aug 10 2016 00:49:00     Syncb/Jcp,   Po Box 965007,   Orlando FL 32896-5007
13990541     +EDI: RMSC.COM Aug 10 2016 00:49:00     Syncb/Mervyns,   Po Box 965005,   Orlando FL 32896-5005
13990543     +EDI: RMSC.COM Aug 10 2016 00:49:00     Syncb/Sams Club,   Po Box 965005,
              Orlando FL 32896-5005
13990544     +EDI: RMSC.COM Aug 10 2016 00:49:00     Syncb/Walmart,   Po Box 965024,   Orlando FL 32896-5024
13990545     +EDI: WTRRNBANK.COM Aug 10 2016 00:49:00     Target Nb,   Po Box 673,
              Minneapolis MN 55440-0673
13990549     +E-mail/Text: ebnstefano@weltman.com Aug 10 2016 00:51:03     Weisfield Jewelers,
              375 Ghent Rd,   Fairlawn OH 44333-4601
13990551     +EDI: WFFC.COM Aug 10 2016 00:49:00     Wf Crd Svc,   Po Box 14517,   Des Moines IA 50306-3517
13990552     +EDI: WFFC.COM Aug 10 2016 00:49:00     Wfds,   Po Box 1697,   Winterville NC 28590-1697
13990553     +EDI: WFFC.COM Aug 10 2016 00:49:00     Wffnatbank,   Po Box 94498,   Las Vegas NV 89193-4498
                                                                                        TOTAL: 23

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr            TRUSTEE NOT APPOINTED
13990521*    +Cbna,   Po Box 6283,   Sioux Falls SD 57117-6283
13990523*    +Chase Card,   Po Box 15298,   Wilmington DE 19850-5298
13990524*    +Chase Card,   Po Box 15298,   Wilmington DE 19850-5298
13990525*    +Chase Card,   Po Box 15298,   Wilmington DE 19850-5298
13990526*    +Chase Card,   Po Box 15298,   Wilmington DE 19850-5298
13990527*    +Chase Card,   Po Box 15298,   Wilmington DE 19850-5298
13990528*    +Chase Card,   Po Box 15298,   Wilmington DE 19850-5298
13990532*    +Desert Schools Fcu,   Po Box 2945,   Phoenix AZ 85062-2945
13990542*    +Syncb/Mervyns,   Po Box 965005,   Orlando FL 32896-5005
13990547*    +Us Dep Ed,   Po Box 5609,   Greenville TX 75403-5609
                                                                            TOTALS: 1, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2016 at the address(es) listed below:
              MATTHEW ROBERT HARTLEY    on behalf of Debtor MARIA CORAZON PARKER jvidal@hartleylawpllc.com,
              hartlawcal@gmail.com;matt@hartleylawpllc.com;rob@hartleylawpllc.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                              TOTAL: 2

| | | |
|---|---|---|
| Debtor 1 | **MARIA CORAZON PARKER** | Social Security number or ITIN  **xxx–xx–3958** |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Arizona**

Case number:   **2:16–bk–02870–MCW**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

MARIA CORAZON PARKER
aka MARIA CORAZON MENDOZA PARKER

8/9/16

**By the court:**   Madeleine C. Wanslee
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**